**Kevin Lee LEWIS, Plaintiff–Appellant,**

v.

**H. WAGNER, individually and in his
official capacity as HDSP appeals
coordinator, Defendant–Appellee.**

No. 03–16568.

D.C. No. CV–02–01478–LKK/JFM.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

**112**

Submitted Feb. 17, 2004.*

Decided Feb. 26, 2004.

Kevin Lee Lewis, pro se, Susanville, CA, for plaintiff-appellant.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

### MEMORANDUM**

Kevin Lee Lewis, a California state prisoner, appeals pro se the district court's judgment pursuant to 28 U.S.C. § 1915A dismissing without prejudice his 42 U.S.C. § 1983 action alleging denial of access to the courts. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000). We affirm.

Dismissal was proper because Lewis' complaint and the attachments to his complaint do not state a claim that the prison official's responses to Lewis' grievances improperly interfered with his access to the courts. *See Lewis v. Casey*, 518 U.S. 343, 356, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.